IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
MAR - 2 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

STEVEN KING, Plaintiff,

v.

JIM DOWNING, SR., Defendant.

Case No. 01CV0149K(E)

***ATTORNEY'S LIEN CLAIMED***
***JURY TRIAL DEMANDED***

**COMPLAINT**

COMES NOW Plaintiff and for his claim and cause of action against Defendant states and alleges:

1. Plaintiff, Steven King, and Defendant, Jim Downing, Sr., are citizens of the State of Oklahoma.

2. This action arises under 42 U.S.C. § 1983 and jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

3. Plaintiff is an employee of the Berryhill Fire Protection District as a Captain; Defendant is the Fire Chief of said fire protection district.

4. Defendant has threatened Plaintiff and abridged Plaintiff's constitutional rights of association in Plaintiff's attempts to organize his fellow employees at the fire protection district.

SRH/vlt
2 March 2001
D:\clients\king, steven\complaint.wpd

5. Defendant has threatened Plaintiff and abridged Plaintiff's constitutional rights of free speech as Plaintiff has complained of monies and other properties misused or misappropriated at the fire protection district.

6. Plaintiff's exercise of his constitutional rights under the First Amendment, as above described, has resulted in Defendant retaliating against him and caused Plaintiff emotional distress and damages to his reputation.

7. The actions of Defendant have been malicious.

WHEREFORE, premises considered, Plaintiff prays for judgment against Defendant in the sum of $500,000 actual damages, $500 punitive damages, attorney's fees, costs, and such other and further relief to which Plaintiff is deemed entitled.

Respectfully submitted,

FRASIER, FRASIER & HICKMAN, LLP

By: ______________________________

Steven R. Hickman, OBA #4172
1700 Southwest Blvd.
P.O. Box 799
Tulsa, OK 74101-0799
Phone: (918) 584-4724
Fax: (918) 583-5637
E-mail: frasier@tulsa.com

SRH/vlt
2 March 2001
D:\clients\king, steven\complaint.wpd